IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


CHARLES D. MORSE                                                    PLAINTIFF


        v.                        CIVIL NO. 2:16-CV-2091


NANCY A. BERRYHILL, [1] Acting Commissioner,
Social Security Administration                                      DEFENDANT


## JUDGMENT

        For reasons stated in the memorandum opinion of this date, the Court hereby affirms

the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties**

**have sixty days from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUGED this 6th day of June, 2017.



        /s/ *Erin L. Wiedemann*
        HON. ERIN L. WIEDEMANN
        UNITED STATES MAGISTRATE JUDGE


---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as
Defendant, pursuant to Rule  25(d)(1) of the Federal Rules of Civil Procedure.